United States District Court
Southern District of Texas
**ENTERED**
September 30, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **LAURA EDITH GARCIA,** *individually and by next friend*, **D.L. and D.L.,** | § § § § | |
| Plaintiffs, | § | |
| V. | § | CIVIL ACTION NO. 5:24-CV-20 |
| | § | |
| **UNITED STATES OF AMERICA,** | § § | |
| Defendant. | § § | |

# ORDER

Before the Court is Plaintiff's Motion for Approval of Minor Settlement and for Disbursement of Funds. (Dkt. No. 32). After the United States Magistrate Judge held a hearing on the motion, he issued a Report and Recommendation. (Min. Entry Sept. 25, 2025; Dkt. No. 33). The Report recommends two dispositions:

1. The Court should approve the proposed settlement as it pertains to minor Plaintiff D.L.; and
2. The Court should grant Plaintiff's Motion for Approval of Minor Settlement and for Disbursement of Funds, (Dkt. No. 32).

(Dkt. No. 33 at 5). Additionally, the parties waived their right to object to the Report and Recommendation. (Min. Entry Sept. 25, 2025; Dkt. No. 33 at 5).

Having reviewed the motion, the proposed settlement agreement, and the Report, the Court **FINDS** that the Magistrate Judge's findings of fact and conclusions of law are correct and **ADOPTS** the Report's recommendations, (Dkt. No. 33). The Court **GRANTS** Plaintiff's Motion for Approval of Minor Settlement and for Disbursement of Funds, (Dkt. No. 32), and **APPROVES** the proposed settlement agreement.

According to the parties' Joint Notice of Settlement, the funding process takes four to six weeks, and the parties intend to file a stipulation of dismissal after Plaintiff's funds are received. (Dkt. No. 27 at 2). The Court **ORDERS** the parties to file closing documents dismissing all claims in the case no later than **November 14, 2025**.

It is so **ORDERED**.

2

**SIGNED** on September 30, 2025.

                                                                       _____
                                                                       John A. Kazen
                                                                       United States District Judge